IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JASON SIMMONS, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | CIVIL CASE NO. 3:19-CV-2996-K-BK |
| | § | |
| COMPLAINANT FOR NYOPMC | § | |
| #CO13073474-A & TMB LEGAL | § | |
| NO. 14-0096 ET. AL., | § | |
| | § | |
| DEFENDANTS. | § | |

### ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. Objections were filed, and the Court has made a de novo review of those portions of the proposed findings, conclusions and recommendation to which objection was made. The objections are **OVERRULED** and the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Plaintiff's Motion for Temporary Restraining Order, Preliminary Injunction and Partial Summary Judgment (Doc. 39) is **DENIED**.

SO ORDERED.

Signed April 24th, 2020.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE