IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JASON SIMMONS, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | CIVIL CASE NO. 3:19-CV-2996-K |
| | § | |
| COMPLAINANT FOR NYOPMC | § | |
| #CO1307347-A & TMB LEGAL | § | |
| NO. 14-0096 ET AL., | § | |
| | § | |
| DEFENDANTS. | § | |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, *Defendants' Motion to Dismiss*, Doc. 24, is **GRANTED**, *Plaintiff's Rule 15 Request to Supplement Original Complaint*, Doc. 34, is **DENIED**, *Defendants' Motion for Sanctions Against Plaintiff*, Doc. 31, is **GRANTED IN PART**, this case is **DISMISSED WITH PREJUDICE**, and Plaintiff is prohibited from filing any further action *in forma pauperis* in this Court until he pays to the Clerk the sum of $1,500 as a sanction.

**SO ORDERED.**

**Signed July 15th, 2020.**

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE